| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN,**<br>**DOHERTY & KELLY, P.C.**<br>BY:  Melissa J. Brown, Esquire<br>Attorney I.D. # 012882007<br>535 Route 38 East<br>Suite 501<br>Cherry Hill, NJ   08002<br>(856)663-4300 | **ATTORNEY FOR DEFENDANT**<br>**Lincoln Educational Services**<br>**Corporation** |

1898-109344 (MJB/AAK)

| | |
|---|---|
| John Gaviria, Individually and on behalf of a Class of others similarly situated,<br><br>                                   vs.<br><br>Lincoln Education Services Corporation | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>DOCKET NO.  2:20-cv-18552<br><br>CIVIL ACTION<br><br>**NOTICE OF MOTION TO DISMISS**<br>**PLAINTIFF'S AMENDED**<br>**COMPLAINT FOR FAILURE TO**<br>**STATE A CLAIM** |

PLEASE TAKE NOTICE that on April 19, 2021, 2021 at 9:00 o'clock in the forenoon or as soon thereafter as counsel may be heard, the undersigned, Melissa J. Brown, Esquire, attorney for Defendant, Lincoln Educational Services Corporation**,** shall apply to the United State District Court of New Jersey for an Order dismissing Plaintiff's Amended Complaint for failure to state a claim, pursuant to Fed.R.Civ.P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the Certification attached hereto and made a part thereof.

A proposed form of Order is submitted herewith.

Oral Argument is hereby requested.

                                        **MARKS, O'NEILL, O'BRIEN,**
                                        **DOHERTY & KELLY, P.C.**

                                        */s/ Melissa J. Brown*
                                        Melissa J. Brown, Esquire
                                        Attorney for Defendant,
                                        Lincoln Educational Services Corporation

Date:  March 24, 2021