| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN,** <br> **DOHERTY & KELLY, P.C.** <br> **BY: Melissa J. Brown, Esquire** <br> **Attorney I.D. #012882007** <br> **BY: Amanda A. King, Esquire** <br> **Attorney I.D. # 155252015** <br> **535 Route 38 East** <br> **Suite 501** <br> **Cherry Hill, NJ   08002** <br> **(856)663-4300** | **ATTORNEY FOR DEFENDANT** <br> **Lincoln Educational Services** <br> **Corporation** |

1898-109344 (MJB/AAK)

| | |
|---|---|
| John Gaviria, Individually and on behalf of a Class of others similarly situated, <br><br> vs. <br><br> Lincoln Education Services Corporation | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> DOCKET NO.  2:20-cv-18552 <br><br> CIVIL ACTION <br><br> **NOTICE OF MOTION FOR LEAVE** <br> **TO FILE A LATE REPLY** |

PLEASE TAKE NOTICE that on August 12, 2021, at 9:00 o'clock in the forenoon the undersigned counsel for Defendant, Lincoln Educational Services Corporation**,** shall move before the United States District Court for the District of New Jersey for an Order granting leave to file a late Reply Brief in response to Plaintiff's Opposition to Defendant's Motion for Reconsideration in the form attached hereto.  In support thereof, Defendant shall rely upon the Brief ad Proposed Order submitted herewith.

                                             Respectfully submitted,

                                             **MARKS, O'NEILL, O'BRIEN,**
                                             **DOHERTY & KELLY, P.C.**

                                             */s/ Amanda A. King*
                                             Amanda A. King, Esquire
                                             Attorney for Defendant,
                                             Lincoln Educational Services Corporation

Date:  August 12, 2021

{NJ228427.1}